**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRIUMPH FUNDING, INC., )<br>)<br>Defendant. )<br>_____ ) | CASE NO. CV 09-00897 RZ<br><br>ORDER TO SHOW CAUSE |

   The Complaint filed February 5, 2009 invokes the Court's jurisdiction on the basis of diversity of citizenship.  Plaintiff avers that it is " Delaware corporation"with its principal place of business in the state of New York, and that defendant is "a California corporation" with its principal place of business in the state of California.

   This pleading is insufficient to allege jurisdiction; a "Delaware corporation" may or may not be incorporated under the laws of the state of Delaware. *See Fifty Associates v. Prudential Ins. Co. of America*, 446 F.2d 1187 (9th Cir. 1970).  The same is true for "a California corporation" with respect to California.  Hence it does not affirmatively appear that the Court has federal jurisdiction, and jurisdiction must affirmatively appear.

   The matter, however, is correctable, if the facts justify it.

      In accordance with the foregoing, Plaintiff shall show cause in writing, not later than February 23, 2009, why the action should not be dismissed for lack of federal jurisdiction. The filing of an amended complaint curing the jurisdictional defect before that time will discharge the Order to Show Cause.

DATED:   February 9, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-2-