O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-00897-AHM(SSx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | LEHMAN BROTHERS HOLDINGS, INC. v. TRIUMPH FUNDING, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Matthew D. Spohn | No Appearance | |

**Proceedings:**   Plaintiff's MOTION for Default Judgment [37] (non-evidentiary)

Cause called; appearances made.  No appearance by defendant.

Court issues its tentative ruling and hears oral argument.  For reasons and findings stated on the record, the Court grants plaintiff's motion for default judgment.  Judgment to issue.

|   | : | 04 |
|---|---|---|
| Initials of Preparer | | SMO |